are of opinion that $5,000 is ample compensation for all of the services rendered and that the allowance made by the surrogate should be reduced accordingly. All concur.

SARAH CASPAR, as Administratrix, etc., Respondent, v. LEON T. BROWN, Appellant.— Judgment and order affirmed, with costs. All concur.

PENNSYLVANIA WOOD AND IRON COMPANY, Respondent, v. NEW YORK CAR WHEEL COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of SOUTH BUFFALO RAILWAY COMPANY, Respondent, for Leave to Construct Its Road in, upon and across Lakeview Avenue in the Town of Hamburg, New York. SUPERINTENDENT OF HIGHWAYS OF THE TOWN OF HAMBURG, Appellant.— Order affirmed, with costs. All concur.

ANNA CZAJKA, as Administratrix, etc., Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

In the Matter of the Arbitration of the Differences between DEXTER M. DRAKE, Respondent, and OSCAR C. TARBOX, Appellant.— Judgment and order affirmed, with costs. All concur.

CLARENCE W. PARKINSON, Respondent, v. J. I. CASE THRESHING MACHINE COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

FRANK E. TYLER, Respondent, v. IDA M. GORDON, Individually and as Executrix, etc., Appellant.— Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with leave to the plaintiff to plead over within twenty days, upon payment of the costs of the demurrer and of this appeal. Held, that the plaintiff has improperly united in his complaint several causes of action, not arising out of the same transaction, some being legal and some being equitable in their nature, and calling for different kinds of relief,* although an attempt is made in the complaint to have an accounting on the several causes of action set up therein. The second, third, fourth, fifth and sixth causes of action do not state facts sufficient therein to constitute a cause of action. All concur.

INDEPENDENT-KOENIG BREWING COMPANY, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment affirmed, with costs. All concur.

KENNERLY SMOKELESS COAL COMPANY, Appellant, v. SYLVANUS J. MACY and Another, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. All concur.

REPUBLIC PACKING CORPORATION, Respondent, v. JOHN BARTON PAYNE, as Director-General of Railroads, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concur.

CHARLES A. FINNEGAN, Respondent, v. GEORGE S. BUCK and Others, as and Constituting THE COUNCIL OF THE CITY OF BUFFALO, Appellants.— Judgment affirmed, with costs. All concur.

* See Code Civ. Proc. §§ 484, 488.— [REP.